EMMA P. SHOURDS, Appellant, *v.* THOMAS H. ARMSTRONG, Respondent.

(Argued March 24, 1932; decided April 26, 1932.)

*Heiby W. Ungerer* for appellant.

*George P. Decker* and *Herbert J. Menzie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG and CROUCH, JJ.